1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| MICHELE CLARKE, et al., | ) | Case No. 5:15-cv-02994-PSG |
|---|---|---|
| Plaintiffs, | ) | **CASE MANAGEMENT ORDER** |
| v. | ) | **(Re: Docket No. 16)** |
| ADVANCED SURGERY CENTER, et al., | ) | |
| Defendants. | ) | |

Based on the parties' joint case management statement[1] and the discussions held at the case management conference,[2]

IT IS HEREBY ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is October 19, 2015.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the following deadlines shall apply to this case:

---

[1] *See* Docket No. 16.

[2] *See* Docket No. 17.

1

Case No. 5:15-cv-02994-PSG
CASE MANAGEMENT ORDER

**United States District Court**
For the Northern District of California

Rule 26 disclosures ................................................................................September 28, 2015

Discovery cutoff ............................................................................................ May 19, 2016

Dispositive motions ....................................................................................... June 17, 2016

Expert designation ......................................................................................... June 19, 2016

Rebuttal expert designation ............................................................................ July 19, 2016

Expert discovery cutoff ............................................................................... August 12, 2016

Pre-trial conference ................................................................. August 23, 2016 at 10:00 a.m.

Jury trial ................................................................................September 19, 2016 at 9:30 a.m.

**SO ORDERED.**

Dated:  August 18, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

2

Case No. 5:15-cv-02994-PSG
CASE MANAGEMENT ORDER